**LLOYD KRAUS, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
Please notify the Court & this office of any changes made pertaining to your claim i.e. account number, address, claim assignment, etc.

Check #.: **1208215**
Date: 06/25/21
Desc: Main

Case 18-60501    Doc 54    Filed 06/28/21    Entered 06/28/21 11:50:38    Desc Main
Document    Page 1 of 1

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1860501 | 00000 | LYNETTA JOY JOHNSON | | 0.00 | 1,100.00 | 0.00 | 1,100.00 |
| | | Original Check written to: LYNETTA JOY JOHNSON 1354 BRAD CIRCLE LINDALE, TX, 75771 | | | | | |
| | | | TOTALS | 0.00 | 1,100.00 | 0.00 | 1,100.00 |